IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVORIS MCGHEE, an individual                                    PLAINTIFF

v.                           No. 4:24-cv-724-DPM

SEP 3200 SHACKLEFORD, LLC, a limited
liability company                                                DEFENDANT

## JUDGMENT

McGhee's complaint is dismissed with prejudice. The Court retains jurisdiction until 16 June 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2025